EXHIBIT 1




# SRE
SECRETARÍA DE RELACIONES EXTERIORES

WAS-3306
Washington, D.C., December 12, 2019

Ms. Jeanne Davidson,
Director Civil Division, Office of International Judicial Assistance, U.S. Department of Justice
1100 L Street, NW Room 8100
Washington, D.C. 20530.

Dear Ms. Davidson,

Pursuant to Articles 2, 3 and 9 of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, and 87 of the Regulations of the Mexican Foreign Service Law, the undersigned would like to submit the enclosed letter of request for judicial assistance, from the Honorable Santiago Perez Zaragoza, Sixteenth Family Judge of Mexico City, to the Competent Authority in Miami, Florida. This letter was issued as part of Testamentary Proceedings of Gloria Isabel Petrides y Gomez, a.k.a. Gloria Petrides Gomez filed by Julio Antonio Aguirre Petrides, docket number 2270/15.

The Mexican Authority kindly requests your assistance to obtain from the legal representative of "Santander Private Banking", located at 141 Brickell Avenue, Miami, Florida, 33131, a statement or report providing the statements and balances of account ▇▇▇▇4102, registered under the name of Gloria Isabel Petrides y Gomez, a.k.a. Gloria Petrides Gomez, client number ▇▇▇▇▇9846. The informaion requested should cover the period from October 25, 2015, to the most recent date with information available.

The Honorable Santiago Perez Zaragoza has provided the originals of the letter of request, which summarize the facts in the case involved and its translation to the English language and the related documents from this file (and one copy).

The Honorable Santiago Perez Zaragoza, Sixteenth Family Judge of Mexico City, assures reciprocity to the Competent Authority in Miami, Florida, in analogous cases, in recognition of the assistance that the proper authority may provide.

I thank you in advance for your kind attention to this matter.

Sincerely,
The Chief of the Consular Section

**Rafael Laveaga**

MDN /AHF/

CIV-189-1-20-6
DEC 1 3 2019

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

**1)** **Sender**

**Name:** Honorable Santiago Perez Zaragoza, Sixteenth Family Judge of Mexico City, Mexico.

**Address:** Please forward all official communiqués to the Embassy of Mexico, Consular Section:
1250 23rd Street NW, Washington, D.C. 20037. Tel. (202) 736-16-19.

**2) Central Authority of the Requesting State**

**Name:** Bertha Sanchez Miranda, Director of International Judicial Assistance, Office of Legal Affairs, Mexican Ministry of Foreign Affairs.

**Address:** Plaza Juarez No. 20, 5th floor, Col. Centro, C.P. 06010, Mexico, Distrito Federal.

**3)** **Person to whom the executed request is to be returned:**

**Name:** Rafael Laveaga, Chief of the Consular Section.

**Address:** Embassy of Mexico, Consular Section, 1250 23rd Street NW, Washington DC, 20037, Suite 002, Tel. (202) 736-1619.

**4)** **Central Authority of the Requested State**

**Name:** Jeanne Davidson, Director, Civil Division, Office of International Judicial Assistance.

**Address:** U.S. Department of Justice, 1100 L Street, NW, Room 8100, Washington, D.C. 20530.

II

**5)** In conformity with Article 3 of the Convention, the undersigned applicant has the honor to submit the following request:

**6)** **(a) Requesting Judicial Authority (Article 3a)**

**Name:** Honorable Santiago Perez Zaragoza, Sixteenth Family Judge of Mexico City.

**Address: Office,** Please forward all official communiqués to the Embassy of Mexico, Consular

1250 23rd Street NW, Washington DC, 20037, Tel. (202) 736-1519.

(b) To the Competent Judge and/or (Article 3a) Competent Authority in Miami, Florida.

**7)    Names and addresses of the parties and their representatives (Article 3b)**

    (a)    Plaintiff:

Name: Julio Antonio Aguirre Petrides
Address:
Attorney in fact:

    (b)    Defendants:

Name:

Address:     Please forward all official communiqués to the Embassy of Mexico, Consular Office,

1250 23rd Street NW, Washington DC, 20037, Tel. (202) 736-1009.

**8)    Nature and purpose of the proceedings and summary of the facts (Article 3c)**

This letter was issued in Testamentary Proceedings of Gloria Isabel Petrides y Gomez, a.k.a. Gloria Petrides Gomez filed by Julio Antonio Aguirre Petrides against , docket number 2270/15. In this case, the petitioner requests that the Competent Authority in Miami, Florida provide judicial assistance to obtain from the legal representative of "Santander Private Banking", located at 141 Brickell Avenue, Miami, Florida, 33131, a statement or report providing the statements and balances of account ▮▮▮▮4102, registered under the name of Gloria Isabel Petrides y Gomez, a.k.a. Gloria Petrides Gomez, client number ▮▮▮▮▮9846. The informaion requested should cover the period from October 25, 2015, to the most recent date with information available.

**9)    Evidence to be obtained or other judicial act to be performed**

Judicial assistance requested to obtain from the legal representative of "Santander Private Banking", located at 141 Brickell Avenue, Miami, Florida, 33131, a statement or report providing the statements and balances of account ▮▮▮▮4102, registered under the name of Gloria Isabel Petrides y Gomez, a.k.a. Gloria Petrides Gomez, client number ▮▮▮▮▮9846. The informaion requested should cover the period from October 25, 2015, to the most recent date with information available.

**10)    Identity and address of any person to be examined (Article 3e)**

**11)    Special methods or procedures to be followed (Article 3(I) and 9)**

The Sixteenth Family Judge of Mexico City, requests that the international letter of request enclosed, with its translation into English, be forwarded to the Competent Authority in Miami, Florida, to ask that the requested information be forwarded to the U.S. Department of Justice, which shall, in turn, send it back to this Consular Office for the execution of the international request for judicial assistance.

**12)    The fees and costs incurred, which are reimbursable under the second paragraph of Article 14 of the Convention, will be borne by:**

The parties: Please notify the Embassy of Mexico, Consular Office, at 1250 23rd Street NW, Washington DC 20037, Tel. (202) 736-1619 of any fee and/or costs incurred.

**Reciprocity**

The Honorable Santiago Perez Zaragoza, Sixteenth Family Judge of Mexico City, Mexico, assures reciprocity in analogous cases to the Competent Authority in Miami, Florida in recognition of the judicial assistance provided.

Signed in Washington, D.C., on December 12, 2019.

**Sincerely,**
The Chief of the Consular Section

Rafael Laveaga Rendon


MDN/AHF/

Business Address: Avenida Iztaccihuatl, 239, Despacho 3, Moctezuma I Section, Alcaldía Venustiano Carranza, Ciudad de México.
Office phone: +52 65465309 or +52 68405760.
Website: www.porlajusticiasocialyhumana.org
E-mail: porlajusticiasocialyhumana@gmail.com  info@porlajusticiasocialyhumana.org

**PETRIDES AND GOMEZ GLORIA ISABEL WHICH ALSO BE WITH THE NAME OF PETRIDES GOMEZ GLORIA.**

**SUCESORIO TESTAMENTARIO**

**JUDGE SIXTEENTH OF THE FAMILY OF THE COURT SUPERIOR OF JUSTICE OF THE CITY OF MEXICO.**
**P R E S E N T E.**

**LIC. STEPHANNY MENDIZABAL GONZALEZ,** promoting in my capacity as judicial representative of the co-heir of the name Julio Antonio Aguirre Petrides, personality that I have duly accredited in the cars that the item is indicated, before you with due respect I am alive and exhibit:

That by this letter and seen what is reported by the Directorate-General for Legal Affairs of the Secretary of Foreign Affairs, in relation to the requirements that the letter of request at issue, in this context, be carried out I request the honorable Member to send the letter of request with the following inserts, in order to comply with the requirements of the Directorate-General for Legal Affairs of the Secretary of Foreign Affairs.

1. **Account Holder Name:**
   PETRIDES AND GOMEZ GLORIA ISABEL WHO ALSO TAKE THE NAME OF PETRIDES GOMEZ GLORIA.

2. **Name of the bank where the account is maintained:**
   SANTANDER PRIVATE BANKING

3. **Account Number:**
   ▬4102

4. **Customer Number:**
   ▬9846

5. **Additional and personal information:**
   Date of death: October 25, 2015.

   Last Address: Calle de Vosgos 305, Lomas de Virreyes, Miguel Hidalgo, Mexico City.
   Parents: Trasivalos Petrides and Isabel Gómez.
   Nationality: Mexican.
   Nupcias: Mrs. PETRIDES and GOMEZ GLORIA ISABEL who also claimed the name PETRIDES GOMEZ GLORIA, twice married, first with Julio Ernesto Aguirre Arnio (finado) and Mario Sagrestano Vargas.

Furthermore, the honorable Member is requested to contain the following information from the Letter Rogatory at issue:

1. **The Charter of Request shall be addressed to:**

   Department of Justice of the United States of America as a Central Authority through the Directorate-General for Legal Affairs of the Secretary of Foreign Affairs.
   Direction: U.S. Department of Justice 950, Pennsylvania Avenue, NW, Washington, DC 20530.

1. **Legally based on:**

In the "Hague Convention on the Obtaining of Evidence Abroad in Civil or Commercial Matters", in which, on the eighteenth year of March of the year of one thousand nine hundred and seventy, The Hague, Netherlands, the Convention on the Obtaining of Evidence was adopted, abroad in Civil or Commercial Matters, by Mexico.

**In compliance with Article 3o. Hague Convention, for obtaining evidence abroad; The requesting committee shall contain the following indications:**

1. The requesting authority and, if possible, the requested authority.
   **Required:** Juzgde Thirteenth Of the Family court of the Superior Court of Justice for Mexico City, Address: Avenida Juárez 8, Centro, Cuauhtémoc, Mexico City.
   **Required:** Department of Justice of the United States of America; Direction: U.S. Department of Justice 950, Pennsylvania Avenue, NW, Washington, DC 20530.

2. The identity and address of the parties and, where appropriate, their representatives.
   **Identity:** Succession would intestamentate goods of PETRIDES and GOMEZ GLORIA ISABEL WHO ALSO BE COVERED WITH THE NAME OF PETRIDES GOMEZ GLORIA.
   **Promotes:** Julio Antonio Aguirre Petrides as Coheir.
   **Address:** It is designated as an address to hear and receive all kinds of notifications the located in Avenida Iztaccihualt, Moctezuma 1 Section, V. Carranza, 15500, Mexico City.
   **Representatives:** Judicial Representative Stephanny Mendizabal González with address at Avenida Iztaccihualt, Moctezuma 1 Section, V. Carranza, 15500, Mexico City.

3. The nature and object of the instance and a summary of the facts.
   **Object:** Obtain the information corresponding to the bank account ████4102, which is in the name of PETRIDES and GOMEZ GLORIA ISABEL WHO ALSO BE WITH THE NAME OF PETRIDES GOMEZ GLORIA, under the Customer Number: ████9846, at the financial institution SANTANDER PRIVATE BANKING, residing at 1401 Brickell Avenue, Miami, FL 33131, United States of America.

**Facts:** On October 25, 2015, Mrs. PETRIDES and GOMEZ GLORIA ISABEL passed away, who also held herself under the name PETRIDES GOMEZ GLORIA, nowthrough hearing dated twenty-three (23) August of the 2 thousand sixteen (2016), is recognized the right of Julio Antonio, Sergio Arturo and Gloria Consuelo all surname Aguirre Petrides, as well as Gabriela Isabel, Ana Daniza and Miroslava surnames Sangrestano Petrides as coorheirs to property of his lady mistress petrIDES and GOMEZ GLORIA ISABEL who also ostentatious with the name PETRIDES GOMEZ GLORIA.

On February 20, 2017, C. Gloria Consuelo Aguirre Petrides in her character as executor and co-heir Sergio Aguirre Petrides presented the inventory and assessed corresponding to the hereditary mass to the assets of Mrs. STRIDES AND GON INGAIS ISABEL who it was also held under the name petrIDES Gómez GLORIA, which was admitted by interlocutory judgment dated April 28, 2017, delivered by the First Family Chamber of the Superior Court of Justice for Mexico City.

Thus, the incident of inventory opposition was brought on behalf of my representative Mr. Julio Antonio Aguirre Petrides, also the common council Gabriela Isabel Sagrestano Petrides and the co-heirs Miroslava and Ana Daniza person who he also used to use the name Ana Danisa and Ana Danitza, both of surnames Sagrestano Petrides each opposed their respective incident of inventory opposition, an incident that is being aired.

On the other hand, by letter dated October 3, 2017, the common executor Gabriela Isabel and the co-heirs Miroslava and Ana Daniza person who also usually used the name Ana Danisa and Ana Danitza all surname Sagrestano Petrides opposed the Inventory Expansion incident under which they had learned that there was a bank account in the name of the author of the present succession in Miami, Florida in the United States of America and that account had funds and that they had only the number of Client.

In this context it is intended to incorporate into the inventory and Avalued this bank account to the hereditary mass of Mrs. PETRIDES and GOMEZ GLORIA ISABEL who also held the name of PETRIDES GOMEZ GLORIA, so it is necessary to obtain the corresponding bank account information ▇4102, which is in the name of PETRIDES and GOMEZ GLORIA ISABEL WHO ALSO PROVIDED WITH THE NAME OF PETRIDES GOMEZ GLORIA, under the Customer Number: ▇9846, at the SANTANDER PRIVATE PRIVATE financial institution BANKING, residing at 1401 Brickell Avenue, Miami, FL 33131, United States of America.

1. Acts of instruction and other judicial acts to be carried out.
   **Acts to be** performed: That the financial institution SANTANDER PRIVATE BANKING, domiciled at 1401 Brickell Avenue, Miami, FL 33131, United States of America, report the financial status of the bank account ▇4102, which is in the name of PETRIDES AND GOMEZ GLORIA ISABEL who were also held as PETRIDES GOMEZ GLORIA, under the Customer Number: ▇9846, reporting the entries that the account has been present from October 25, 2015 to the current date.

   e) The names and addresses of the people to be heard.
   Legal representative of SANTANDER PRIVATE BANKING, residing at 1401 Brickell Avenue, Miami, FL 33131, United States of America.

   (f) The issues to be presented to the persons to be heard or the facts on which they should be heard.
   It doesn't apply to the case.

   (g) Documents or other objects to be examined.
   **Browse:** The balance and movements reported by the bank account ▇4102, which is in the name of PETRIDES and GOMEZ GLORIA ISABEL who also held the name PETRIDES GOMEZ GLORIA, under the Customer Number: ▇9846, that must cover the period from October 25, 2015 to 2019.

Accordingly, and since the requirements and information Requested by the Directorate-General for Legal Affairs of the Secretary of Foreign Affairs, which must contain the letter of request at issue, are set out in this libel, the honourable Member is requested turn his appreciable instructions so that the person in turn draws up the Rogatoria letter in question, sending it in triplicate.

For the above;
**TO YOU C. JUDGE**, I ask:

**FIRST**: keep me informed the requirements requested by the Directorate-General for Legal Affairs of the Secretary of Foreign Affairs.

**SECOND.** - Preparing the Letter of Request with the inserts established for its correct diligence.

**PROTEST WHAT NECESSARY.**
**MEXICO CITY, TO THE DATE OF YOUR PRESENTATION.**

LIC. STEPHANNY MENDIZABAL GONZALEZ

# TRIBUNAL SUPERIOR DE JUSTICIA
## DEL DISTRITO FEDERAL



LA CIUDADANA LICENCIADA LETICIA CANO RAMÍREZ, SECRETARIA DE ACUERDS "B" DEL JUZGADO DÉCIMO SEXTO DE LO FAMILIAR DE LA CIUDAD DE MÉXICO; A USTED DEPARTAMENTO DE JUSTICIA DE ESTADOS UNIDOS DE AMÉRICA EN SU CARÁCTER DE AUTORIDAD CENTRAL A TRAVÉS DE LA DIRECCIÓN GENERAL DE ASUNTOS JURÍDICOS DE LA SECRETARÍA DE RELACIONES EXTERIORES, A QUIEN TENGO EL HONOR DE DIRIGIRME -------------------------------------------------------------

---------------------------------------RUEGO A USTED---------------------------------

**JUZGA16°**
**FAMILIAR.**

SE SIRVA ORDENAR EN LOS TÉRMINOS DE SU LEGISLACIÓN, LO RESUELTO POR ESTE TRIBUNAL EN EL EXPEDIENTE NÚMERO 2270/15, RELATIVO A LA SUCESIÓN TESTAMENTARIA A BIENES DE PETRIDES Y GÓMEZ GLORIA ISABEL y/o PETRIDES GÓMEZ GLORIA (DENTRO DEL INCIDENTE DE AMPLIACIÓN DE INVENTARIOS), EL C. JUEZ DICTÓ UN AUTO QUE A LA LETRA DICE. ---------------------

**SECRETARIA "B"**

**Ciudad de México, a siete de octubre del año dos mil diecinueve.**

**EXP. No. 2270/15.**

A sus autos el escrito presentado por STEPHANNY MENDIZABAL GONZÁLEZ, con la personalidad que tiene reconocida en autos. Se le tiene exhibiendo la traducción que se acompaña al presente, misma que se ordena guardar en el seguro del juzgado.

**DOMICILIO: AVENIDA JUÁREZ NÚMERO 8, 6°. PISO, COLONIA CENTRO, DELEGACIÓN CUAUHTÉMOC, EN LA CIUDAD DE MÉXICO.**

Proceda el encargado del turno a elaborar la carta rogatoria ordenada en auto de tres de octubre en curso visible a foja 122 actual, debiendo anexar a la misma la traducción que acompaña la promovente.

Lo anterior para los efectos legales a que haya lugar. NOTIFÍQUESE. - Lo proveyó el C. Juez Interino Décimo Sexto de lo Familiar de la Ciudad de México, SANTIAGO PÉREZ ZARAGOZA, ante la C. Secretaria de Acuerdos "B" LETICIA CANO RAMÍREZ, con quien actúa, autoriza y da fe. - DOY FE.

OTRO AUTO.- Ciudad de México, a tres de octubre del año dos mil diecinueve.

- - - Agréguese a sus autos el escrito de cuenta del mandatario judicial de la señora GABRIELA ISABEL SAGRESTANO PETRIDES, a quien se le tiene por presentado produciendo las manifestaciones a que se contrae con la personalidad debidamente acreditada en autos; de enterado el suscrito de su contenido, como lo solicita, <u>elabórese de inmediato la carta rogatoria</u> ordenada en proveídos de fechas diez de mayo y veinte de septiembre, ambos del año dos mil diecinueve. Se instruye al personal del turno que cuenta con el termino de ley para la elaboración, haciéndole notar que dicho turno es de oficio, en términos del artículo 354 fracción V de la Ley Orgánica de este Tribunal Superior de Justicia, ello con los apercibimientos previstos en dicha Ley.



Asimismo, se hace saber a la ocursante que dicha carta se pondrá a su disposición para que proceda a realizar las traducciones correspondientes, el apostillamiento respectivo y en su caso la legalización de firmas, con la obligación de devolverla en el término de VEINTE DÍAS, debidamente diligenciada, tal como se encuentra ordenado en proveído dictado con fecha diez de mayo de dos mil diecinueve (fojas 15, 16 y 17); subsistiendo el apercibimiento decretado en el auto en mención.

Sin perjuicio de lo anterior, llámese severamente la atención al servidor público JUAN MANUEL GARCÍA LÓPEZ encargado del turno del presente expediente, para que en lo sucesivo lleve a cabo diligentemente sus funciones correspondientes, en tanto que así lo decreta la Ley Orgánica del Tribunal Superior de Justicia de esta Ciudad y en caso de no hacerlo, se adoptarán las medidas laborales correspondientes y se dará vista al Consejo de la Judicatura de la Ciudad de México.

Lo anterior para los efectos legales a que haya lugar. <u>NOTIFÍQUESE</u>. Lo proveyó y firma el C. Juez Interino Décimo Sexto de lo Familiar en esta Ciudad, SANTIAGO PÉREZ ZARAGOZA, ante la C. Secretaria de Acuerdos "B", LETICIA CANO RAMÍREZ, con quien actúa, autoriza y da fe.

OTRO AUTO.- Ciudad de México, a veinte de septiembre del año dos mil diecinueve.

A su incidente de ampliación de inventarios el ocurso de cuenta que presenta STEPHANNY MENDIZABAL GONZÁLEZ, en su carácter de mandataria judicial del señor JULIO ANTONIO AGUIRRE PETRIDES, personalidad que tiene debidamente acreditada en autos, a quien se le tiene formulando las manifestaciones a las que se contrae, y en mérito de las mismas elabórese de nueva cuenta y con los requisitos e información proporcionada por la ocursante, la carta rogatoria ordenada en proveído de fecha diez de mayo del año dos mil diecinueve, debiendo esta ser dirigida al DEPARTAMENTO DE JUSTICIA DE ESTADOS UNIDOS DE AMÉRICA EN SU CARÁCTER DE AUTORIDAD CENTRAL A TRAVÉS DE LA DIRECCIÓN GENERAL DE ASUNTOS JURÍDICOS DE LA SECRETARÍA DE RELACIONES EXTERIORES, hecho que sea póngase a disposición de la promovente para que proceda a su debida traducción, apostillamiento respectivo y en su caso legalización de firmas, con la obligación de devolverla dentro del término concedido por el proveído antes citado, subsistiendo el apercibimiento decretado en caso de no diligenciar la misma en dicho plazo concedido.

Lo anterior para los efectos legales a que haya lugar. NOTIFÍQUESE. - Lo proveyó el C. Juez Interino Décimo Sexto de lo Familiar de la Ciudad de México, SANTIAGO PÉREZ ZARAGOZA, ante la C. Secretaria de Acuerdos "B" LETICIA CANO RAMÍREZ, con quien actúa, autoriza y da fe. - DOY FE.

OTRO AUTO.- Ciudad de México a diez de mayo del año dos mil diecinueve.

- - - Agréguese a su incidente de ampliación de inventarios, el escrito de cuenta de la Licenciada STEPHANNY MENDIZABAL GONZÁLEZ, mandataria judicial del coheredero JULIO ANTONIO AGUIRRE PETRIDES y copias de traslado que al mismo acompaña, a quien se le tiene por presentada produciendo las manifestaciones a que se contrae con la personalidad acreditada en autos, de enterado el suscrito de su contenido; se le tiene desahogando la prevención ordenada en autos; en consecuencia, se pasa a proveer su escrito presentado a este Juzgado en fecha veinticinco de abril del año en curso, en los siguientes términos: Se tiene a JULIO ANTONIO AGUIRRE PETRIDES promoviendo INCIDENTE DE AMPLIACIÓN DE INVENTARIOS. Con fundamento en el artículo 88 del Código de Procedimientos Civiles, se admite a trámite.

Con las copias simples exhibidas córrase traslado mediante NOTIFICACIÓN PERSONAL a GLORIA CONSUELO AGUIRRE PETRIDES y GABRIELA ISABEL SAGESTRANO PETRIDES, para que en el término de TRES DÍAS lo contesten, apercibidas que de no hacerlo, se les tendrá por contestada en sentido negativo con apoyo en el artículo 271 del Código Adjetivo Civil; y las notificaciones personales les surtirán por boletín judicial, con apoyo en el artículo 637 del Código Adjetivo a la materia, sin perjuicio de que el suscrito estime otra cosa en



acatamiento con lo dispuesto por las fracciones IV y V del artículo 114 de dicha codificación en cita.

Se admiten las pruebas ofrecidas y para que tenga verificativo la audiencia incidental se señalan las: ONCE HORAS DEL DÍA DIECINUEVE DEL MES DE AGOSTO DEL AÑO DOS MIL DIECINUEVE, fijando el día y hora antes indicado dado el cúmulo de trabajo y la saturación de las fechas señaladas en la agenda del Juzgado, sirve de apoyo lo anterior por analogía el criterio sustentado por la Suprema Corte de Justicia de la Nación, visible en la página 519, quinta época, tomo LXVIII, del Semanario Judicial de la Federación que este juzgador hace suya y a la letra dice:

"AUDIENCIA CONSTITUCIONAL, SEÑALAMIENTO DE: Si bien es cierto que conforme al artículo 147 de la Ley de Amparo, debe señalarse en el auto en que se admite la demanda, día y hora para la celebración de la audiencia, a más tardar dentro del término de treinta días, también lo es que ésta disposición legal debe entenderse en términos hábiles, armonizándolo con las dificultades que en la practica se presente, toda vez que siendo mucho los negocios que se ventilan en los Tribunales Federales, humanamente sería imposible observar la Ley a este respecto, consecuentemente no es ilegal la resolución de un Juez de Distrito que cita para la celebración de la Audiencia de una fecha posterior a los treinta días que marca la ley, si tal señalamiento obedece a necesidades imperiosas y no a mala fe o dolo de parte del juzgador."

En preparación de la prueba confesional cítese personalmente a GLORIA CONSUELO AGUIRRE PETRIDES y GABRIELA ISABEL SAGESTRANO PETRIDES para que en la audiencia incidental comparezcan de manera personal a absolver las posiciones que se le articularán, apercibidas que de no hacerlo, serán declaradas confesas de aquellas que previamente fueren exhibidas y calificadas de legales, con fundamento en lo dispuesto por los artículos 309, 311 y 322 del Ordenamiento Procesal Civil, por lo que <u>con fundamento en lo dispuesto por el artículo 114 fracción VIII del Código de Procedimientos Civiles, queda debidamente notificado por Boletín Judicial</u>.

Gírese el oficio que refiere en el inciso C al C. REPRESENTANTE LEGAL DE LA IGLESIA DE NUESTRA SEÑORA DEL SOCORRO, para que en el término de CINCO DÍAS informe lo solicitado por el oferente en relación al nicho identificado bajo el número D 059, apercibido que de no hacerlo así se hará acreedor a alguna medida de apremio de las que disponen los artículos 62 y 73 del Código Procesal Civil.

En relación con la prueba documental marcada con el inciso B, y atento a los principios de economía, concentración y dirección procesales, dígase al oferente que dicho informe ya obra en los autos del cuaderno del diverso incidente de ampliación de inventario (fojas 65 a 73).

Por último, en preparación de la rogatoria a que hace referencia, gírese atento oficio al Representante legal de la institución financiera denominada "SANTANDER PRIVATE BANKING", con domicilio ubicado en 141, BRICKELL AVENUE, MIAMI, FLORIDA 33131, ESTADOS UNIDOS DE NORTEAMERICA a fin de que proporcione informes respecto de la cuenta bancaria a nombre de la autora de la presente sucesión PETRIDES GOMEZ GLORIA quien también acostumbraba usar el nombre de PETRIDES GOMEZ GLORIA ISABEL, cuyo número de cliente es ███████9846 y número de cuenta ██████4102, y toda vez que la referida institución se encuentran fuera de esta Jurisdicción, elabórese y gírese Carta Rogatoria al C. Juez competente en el ESTADO DE FLORIDA, MIAMI, ESTADOS UNIDOS DE NORTEAMÉRICA y para que mi mandato tenga su más fiel y exacto cumplimiento, en nombre de los Poderes de la Unión y el mío propio solicito muy respetuosamente al C Juez Competente de la referida localidad para que en auxilio de las labores de este H. Juzgado se sirva diligenciarlo en los términos ordenados en este proveído; lo anterior, seguro de mi reciprocidad en casos análogos y cuando por Usted fuere requerido en iguales términos con fundamento en lo dispuesto por los artículos 104 y 108 del Código de Procedimientos Ci



relación con los artículos 548, 549, 550, 551, 552 y 556 del Código Federal de Procedimientos Civiles.

**Asimismo, se hace saber a la ocursante que dicha carta se pondrá a su disposición para que proceda a realizar las traducciones correspondientes, el apostillamiento respectivo y en su caso la legalización de firmas, con la obligación de devolverla en el término de VEINTE DÍAS, debidamente diligenciada, lo que habrá de ser dirigida a través de los conductos diplomáticos del Servicio Exterior Mexicano al ESTADO ESTADO DE FLORIDA, ESTADOS UNIDOS DE NORTEAMÉRICA, en el domicilio que indica, esto con fundamento en lo ordenado por la fracción IV del numeral 604 del Código Adjetivo de la materia; o bien, dicho trámite se realice a través de la Representación Consular en México para que lo haga llegar a las Autoridades Competentes en los ESTADOS UNIDOS DE NORTEAMÉRICA, propiamente a través de la DIRECCIÓN GENERAL DE ASUNTOS JURÍDICOS DE LA SECRETARÍA DE RELACIONES EXTERIORES; apercibido que en caso de no dar cumplimiento a la anterior determinación, esto es, recoger la comisión rogatoria en mención, y en su caso, devolverla en el plazo concedido, se dejará de recibir por falta de interés jurídico de su ofertante.**

**Lo anterior para los efectos legales a que haya lugar. NOTIFÍQUESE. Lo proveyó y firma el C. Juez Interino Décimo Sexto de lo Familiar en esta Ciudad, SANTIAGO PÉREZ ZARAGOZA, ante la C. Secretaria de Acuerdos "B", LETICIA CANO RAMÍREZ, con quien actúa, autoriza y da fe.**

**GÍRESE CARTA ROGATORIA AL DEPARTAMENTO DE JUSTICIA DE ESTADOS UNIDOS DE AMÉRICA EN SU CARÁCTER DE AUTORIDAD CENTRAL A TRAVÉS DE LA DIRECCIÓN GENERAL DE ASUNTOS JURÍDICOS DE LA SECRETARÍA DE RELACIONES EXTERIORES, DIRECTION: U.S. DEPARTMENT OF JUSTICE 950, PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20530; PARA QUE POR SU CONDUCTO GIRE OFICIO AL C. REPRESENTANTE LEGAL DE LA INSTITUCIÓN FINANCIERA DENOMINADA "SANTANDER PRIVATE BANKING" CON DOMICILIO EN: 141 BRICKELL AVENUE, MIAMI, FLORIDA 33131, ESTADOS UNIDOS DE NORTEAMÉRICA, CON LOS SIGUIENTES REQUISITOS:**

**Nombre del titular de la cuenta:** PETRIDES Y GÓMEZ GLORIA ISABEL QUIÉN TAMBIÉN SE OSTENTABA CON EL NOMBRE DE PETRIDES GÓMEZ GLORIA.

**Nombre del banco donde se mantiene la cuenta:** SANTANDER PRIVATE BANKING.

**Número de cuenta:** ▇▇▇▇4102.

**Número de Cliente:** ▇▇▇▇9846.

**Información adicional y personal:**
Fecha de fallecimiento 25 de octubre del 2015.

Último Domicilio: Calle de Vosgos 305, Lomas de Virreyes, Miguel Hidalgo, Ciudad de México.

Padres: Trasivalos Petrides e Isabel Gómez.

Nacionalidad: Mexicana.

Nupcias: la señora Petrides y Gómez Gloria Isabel quien también se ostentaba con el nombre de Petrides Gómez Gloria, contrajo nupcias en dos ocasiones primero con Julio Ernesto Aguirre Arnio (finado) y Mario Sagrestano Vargas.



Por otra parte, se solicita, a su señoría que la carta Rogatoria que nos ocupa contenga los siguientes datos:

- **La Carta Rogatoria deberá ser dirigida al:**

Departamento de Justicia de Estados Unidos de América en su carácter de autoridad Central a través de la Dirección General de Asuntos Jurídicos de la Secretaria de Relaciones Exteriores. Direction: U.S. Department of Justice 950, Pennsylvania Avenue, NW, Washington, DC 20530.

- **Fundamentada legalmente en:**

En el "Convenio de la Haya sobre la obtención de Pruebas en el extranjero en materia Civil o Comercial", en el cual en fecha dieciocho de marzo del año de mil novecientos setenta, La Haya, Países Bajos, fue adoptada la Convención sobre la Obtención de Pruebas, en el Extranjero en Materia Civil o Comercial, por México.

En cumplimiento a lo establecido al Art. 3o. del Convenio de la Haya, para la obtención de pruebas en el extranjero; La comisión rogatoria contendrá las indicaciones siguientes:

a) La autoridad requirente y, si es posible, la autoridad requerida.
**Requirente:** Juzgado Décimo Sexto de lo Familiar del Tribunal Superior de Justicia para la Ciudad de México, Domicilio: Avenida Juárez 8, Centro, Cuauhtémoc, Ciudad de México.
**Requerida:** Departamento de Justicia de Estados Unidos de América; Direction: U.S. Department of Justice 950, Pennsylvania Avenue, NW, Washington, DC 20530.

b) La identidad y dirección de las partes y, en su caso, de sus representantes.
**Identidad:** Sucesión Intestamentaria a bienes de PETRIDES Y GOMEZ GLORIA ISABEL QUIEN TAMBIEN SE OSTENTABA CON EL NOMBRE DE PETRIDES GOMEZ GLORIA.
**Promueve:** Julio Antonio Aguirre Petrides en calidad de Coheredero.
**Dirección:** Se señala como domicilio para oír y recibir todo tipo de notificaciones el ubicado en Avenida Iztaccihualt, Moctezuma 1 Sección, V. Carranza, 15500, Ciudad de México.
**Representantes:** Mandataria Judicial Stephanny Mendizabal González con domicilio en Avenida Iztaccihualt, Moctezuma 1 Sección, V. Carranza, 15500, Ciudad de México.

c) La naturaleza y objeto de la instancia y una exposición sumaria de los hechos.
**Objeto:** Obtener la información correspondiente a la cuenta bancaria ███4102, misma que se encuentra a nombre de PETRIDES Y GOMEZ GLORIA ISABEL QUIEN TAMBIEN SE OSTENTABA CON EL NOMBRE DE PETRIDES GOMEZ GLORIA, bajo el Número de Cliente: ███9846, en la institución financiera SANTANDER


JUZGADO DÉCIMO SEXTO
DE LO FAMILIAR



PRIVATE BANKING, con domicilio en 1401 Brickell Avenue, Miami, FL 33131, Estados Unidos de Norteamérica.

**Hechos:** En fecha 25 de octubre del 2015, falleció la señora PETRIDES Y GOMEZ GLORIA ISABEL quien también se ostentaba con el nombre de PETRIDES GOMEZ GLORIA, ahora bien, mediante audiencia de fecha veintitrés (23) de agosto del dos mil dieciséis (2016), es reconocido el derecho de Julio Antonio, Sergio Arturo y Gloria Consuelo todos de apellido Aguirre Petrides, así como de Gabriela Isabel, Ana Daniza y Miroslava de apellidos Sangrestano Petrides como cooherederos a bienes de su señora madre la señora PETRIDES Y GOMEZ GLORIA ISABEL quien tambien se ostentaba con el nombre de PETRIDES GOMEZ GLORIA.

En fecha veinte (20) de febrero del año dos mil diecisiete (2017), la C. Gloria Consuelo Aguirre Petrides en su carácter de albacea y el cooheredero Sergio Aguirre Petrides presentaron el inventario y avaluó correspondiente a la masa hereditaria a bienes de la señora PÉTRIDES Y GÓMEZ GLORIA ISABEL quien también se ostentaba con el nombre de PETRIDES GÓMEZ GLORIA, mismo que fue admitido mediante sentencia interlocutoria de fecha veintiocho (28) de abril del dos mil diecisiete (2017), pronunciada por la Primera Sala Familiar del Tribunal Superior de Justicia parala Ciudad de México.

Así las cosas, se procedió a interponer el incidente de oposición de inventario en nombre de mi representado el señor Julio Antonio Aguirre Petrides, asimismo la albacea mancomunada Gabriela Isabel Sagrestano Petrides y las coherederas Miroslava y Ana Daniza persona que también acostumbra a usar el nombre de Ana Danisa y Ana Danitza, ambas de apellidos Sagrestano Petrides opusieron cada una su respectivo incidente de oposición de inventario, incidente que se encuentra ventilándose.

Por otra parte, mediante escrito de fecha tres (3) de octubre del año dos mil diecisiete (2017), la albacea mancomunada Gabriela Isabel y las coherederas Miroslava y Ana Daniza persona que también acostumbra a usar el nombre de Ana Danisa y Ana Danitza todas de apellido Sagrestano Petrides opusieron el incidente de Ampliación de inventario en virtud que se habían enterado que existía una cuenta bancaria a nombre de la autora de la presente sucesión en Miami, Florida en los Estados Unidos de Norteamérica y dicha cuenta contaba con fondos y que solo contaban con el número de cliente.

En este contexto se pretende incorporar al inventario y Avaluó dicha cuenta bancaria a la masa hereditaria de la señora PETRIDES Y GOMEZ GLORIA ISABEL quien tambien se ostentaba con el nombre de PETRIDES GOMEZ GLORIA, por lo cual se requiere obtener la correspondiente información de la cuenta bancaria ▮4102, misma que se encuentra a nombre de PETRIDES Y GOMEZ GLORIA ISABEL QUIEN TAMBIEN SE OSTENTABA CON EL NOMBRE DE PETRIDES GOMEZ GLORIA, bajo el Número de Cliente: ▮9846, en la institución financiera SANTANDER PRIVATE BANKING, con domicilio en 1401 Brickell Avenue, Miami, FL 33131, Estados Unidos de Norteamérica.

Los actos de instrucción y otros actos judiciales, a realizar.

**Actos a realizar:** Que la institución financiera SANTANDER PRIVATE BANKING, con domicilio en 1401 Brickell Avenue, Miami, FL 33131, Estados Unidos de Norteamérica, informe el estado financiero de la cuenta bancaria ▮4102, misma que se encuentra a nombre de PETRIDES Y GOMEZ GLORIA ISABEL quien también se ostentaba con el nombre de PETRIDES GOMEZ GLORIA, bajo el Número de Cliente: ▮9846, reportando los movimientos que la cuenta presente desde el 25 de octubre del 2015 hasta la fecha actual.

e) Los nombres y direcciones de las personas a oír.
Representante legal de SANTANDER PRIVATE BANKING, con domicilio en 1401 Brickell Avenue, Miami, FL 33131, Estado unidos de Norteamérica.

f) Las cuestiones a presentar a las personas a las personas a oír o los hechos sobre los que ellas deban ser oídas.
No aplica el caso.

g) Los documentos u otros objetos a examinar.
Examinar: El saldo y movimientos que reporta la cuenta bancaria ████4102, misma que se encuentra a nombre de PETRIDES Y GÓMEZ GLORIA ISABEL quién también se ostentaba con el nombre de PETRIDES GÓMEZ GLORIA, bajo el Número de Cliente: ████9846, reporte que debe cubrir el período desde el 25 de Octubre del 2015 al 2019.

Y PARA LO QUE POR MI MANDATO TENGA SU MAS FIEL Y DEBIDO CUMPLIMIENTO EN NOMBRE DE LA SOBERANÍA, NACIONAL, EXHORTO Y REQUIERO, PARA QUE TAN PRONTO EL PRESENTE SE ENCUENTRE EN SU PODER SE SIRVA MANDARLO DILIGENCIAR EN SUS TÉRMINOS SEGURO DE MI RECIPROCIDAD EN CASOS ANÁLOGOS Y CUANDO POR USTED FUERE REQUERIDO. DADO EN LA CIUDAD DE MÉXICO, A LOS DIEZ DÍAS DEL MES DE OCTUBRE DEL AÑO DOS MIL DIECINUEVE.- CONSTE.

LA C. SECRETARIA DE ACUERDOS "B" DEL JUZGADO DÉCIMO SEXTO DE LO FAMILIAR DE LA CIUDAD DE MÉXICO.

LIC. LETICIA CANO RAMÍREZ.

EL C. JUEZ INTERINO DEL JUZGADO DÉCIMO SEXTO DE LO FAMILIAR DE LA CIUDAD DE MÉXICO.

LIC. SANTIAGO PÉREZ ZARAGOZA.

